■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERICK RIVERA, Appellant. [40 NYS3d 428]—

Judgments, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), rendered February 19, 2014, convicting defendant, after a jury trial, of robbery in the second degree, and also convicting him, upon his plea of guilty, of assault in the second and third degrees, and sentencing him to an aggregate term of five years, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence supports an inference that the victim's injuries were more than mere "petty slaps, shoves, kicks and the like" (Matter of Philip A., 49 NY2d 198, 200 [1980]), and that they caused "more than slight or trivial pain" (People v Chiddick, 8 NY3d 445, 447 [2007]). The victim's description of his injuries amply established the requisite degree of pain, and the fact that he treated his injuries with ice and a homeopathic remedy rather than obtaining professional treatment does not warrant a different conclusion (see People v Guidice, 83 NY2d 630, 636 [1994]).

We perceive no basis for reducing the sentence. Concur— Renwick, J.P., Moskowitz, Kapnick, Kahn and Gesmer, JJ.